IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER KNOX, Inmate #B-61090, )
)
         **Plaintiff,** )
)
vs. ) CIVIL NO. 07-cv-835-GPM
)
KELLY RHODES, *et al.*, )
)
         **Defendants.** )

## JUDGMENT IN A CIVIL CASE

This action came before the Court, Honorable G. Patrick Murphy, District Judge, presiding, and the following decision was reached:

**IT IS ORDERED** that Plaintiff shall recover nothing and that the action be **DISMISSED with prejudice** for failure to pay the filing fee as ordered.

**DATED**: 9/17/08

                                              NORBERT G. JAWORSKI, CLERK

                                              By: s/ Linda M. McGovern
                                                        Deputy Clerk

APPROVED: s/ *G. Patrick Murphy*
                 G. Patrick Murphy
                 United States District Judge